**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Suzanne K. Wendorf,** | ) | **CASE NO. 07 CV 2062** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Alayna D. Vasquez,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having granted plaintiffs' motion for default judgment, hereby enters judgment in favor of plaintiff and against defendant in the amount of $39,739.00.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/18/07